In the Matter of the Appointment of a Committee of the Person and Property of CORNELIA VAN KOEVERINGEN, an Alleged Incompetent Person, Appellant. WILLIAM H. VAN KOEVERING, Respondent; MINNIE HAVERT, Appellant.—

Order of March 24, 1952, reversed on the law, without costs of this appeal to any party, and motion denied, without costs. (See *Matter of Frank,* 283 N. Y. 106, and *Finch* v. *Goldstein,* 245 N. Y. 300, 303.) Order entered April 8, 1952, affirmed, without costs. All concur. (Appeal from two orders [1] [April 8, 1952] directing trial by jury in an incompetency proceeding; and [2] [March 24, 1952] restraining the alleged incompetent from disposing of any property during pendency of the proceeding.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.